# United States Bankruptcy Court
## District of Kansas

In re **Custombilt Firearms Manufacturing LLC**

Debtor(s)

Case No. 

Chapter **11**

## DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**

Mark statement that applies to you:

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____

_____

_____

_____

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on **February 5, 2026** (date) by **/s/ James Anderson** *James Anderson*
James Anderson (Feb 5, 2026 19:52:46 CST)

**James Anderson** (debtor)

LBR 1007.1(a)(2)(E) Declaration RE: Payment Advices or Evidence of Payment (rev. 3/2020)

# Bankruptcy Forms - Custombilt

Final Audit Report                                    2026-02-06

| | |
|---|---|
| Created: | 2026-02-05 |
| By: | Ryan Graham (graham@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAeQwxQfu0DkkBtwF-4y1-JW7XlkgPgAt2 |

## "Bankruptcy Forms - Custombilt" History

📄 Document created by Ryan Graham (graham@wagonergroup.com)
2026-02-05 - 10:43:42 PM GMT

📧 Document emailed to James Anderson (jim@thebullethole.com) for signature
2026-02-05 - 10:43:49 PM GMT

📄 Email viewed by James Anderson (jim@thebullethole.com)
2026-02-06 - 1:51:11 AM GMT

🖋 Document e-signed by James Anderson (jim@thebullethole.com)
Signature Date: 2026-02-06 - 1:52:46 AM GMT - Time Source: server

✅ Agreement completed.
2026-02-06 - 1:52:46 AM GMT

📄 **Adobe Acrobat Sign**