| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) | Case No. 26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |
| | | ) | (Joint Administration Requested) |
| | | ) | |
| In re: | 6201 ROBINSON STREET LLC, | ) | Case No. 26-20161-dls11 |
| | | ) | |
| | Debtor and Debtor-in-Possession. | ) | Chapter 11 (Voluntary) |
| | | ) | (Joint Administration Requested) |

**EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION, UNDER RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

**COMES NOW** Subchapter V Debtor, Custombilt Firearms Manufacturing, LLC ("Custombilt"), and Chapter 11 Debtor, 6201 Robinson Street, LLC ("6201 Robinson"), (collectively the "Debtors") hereby move this Court, under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order (i) directing the joint administration of Debtors' Chapter 11 cases under the lead Chapter 11 case of Debtor Custombilt Manufacturing, LLC; (ii) directing parties in interest to use a consolidated caption (the "Proposed Caption") to indicate that any filed motion, application or other pleading relates to the jointly administered bankruptcy cases of Custombilt Manufacturing, LLC; and (iii) granting related relief as set forth below, and in support respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On 2/6/2026, each of the Debtors filed their respective voluntary Petitions under Chapter 11 of the Bankruptcy Code, thereby commencing the Chapter 11 Cases. Debtors are authorized to continue to operate their respective business and manage their properties as Debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code.

3. Debtor Custombilt is a Kansas Limited Liability Company formed by James Anderson on 1/11/2016. Based upon most recent Secretary of State filings, Custombilt has a principal office located at 13904 Bradshaw St., Overland Park, KS 66221, bearing KS Business Entity ID 8168387, and remains active and in good standing.

4. Debtor 6201 Robinson is a Kansas Limited Liability Company formed by James Anderson and

Ronda Anderson on 6/4/2018 for the purpose of being a Single Asset Real Estate ("SARE") holding company of the real estate for the Debtors' place of business located at 6201 Robinson Street, Mission, KS 66202 which is also the entity's Principle Office Address based on most recent Secretary of State filings bearing Kansas Business Entity ID 9051186. 6201 Robinson remains active and in good standing.

5.      The Debtors are 'affiliates' within the meaning of 11 U.S.C. § 101(2) due to common ownership and control.

## RELIEF REQUESTED

6.      Under Rule 1015(b), Debtors hereby seek the entry of an order directing: (a) the joint administration of Debtors' Chapter 11 cases in the Chapter 11 case of Debtor Custombilt; and (b) parties in interest to use a consolidated caption to indicate that any filed pleading related to the jointly administered bankruptcy cases of Custombilt Manufacturing, LLC, et al.

7.      Debtors also request the approval of the caption to be used in these Chapter 11 cases. The proposed caption reflects the joint administration of these cases, as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, et al., | ) | Case No. |
|---|---|---|---|
| | | ) | |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession. | ) | |
| | | ) | (Jointly Administered) |

8.      Debtors also request that the Court: (a) authorize Debtors to utilize a combined service list for the jointly administered cases; and (b) authorize combined notices be sent to creditors of Debtors' estates and other parties-in-interest, as applicable.

## ARGUMENT

9.      The Debtors operate as an integrated business with common ownership and control and shared financial and operational systems. As a result, many of the motions, hearings, and orders in these cases will affect all Debtors. Therefore, joint administration of these Chapter 11 cases will reduce fees and costs by avoiding duplicative filings, orders, objections, notices, and hearings. Joint administration will also allow the United States Trustee for the District of Kansas and all other parties in interest to monitor these Chapter 11 cases with greater ease and efficiency.

10.     Under section 105(a) of the Bankruptcy Code, "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the

estates." Fed. R. Bankr. P. 1015(b). As set forth in the First Day Declaration, Debtors in this case are highly integrated, and Custombilt directly controls and manages 6201 Robinson.

11.     The rights of creditors will not be adversely affected because this Motion seeks only joint administration, not substantive consolidation, of the Debtors' estates. To the contrary, creditors will benefit from the reduced costs resulting from the joint administration of these cases. Joint administration will also streamline oversight of the administrative aspects of these Chapter 11 cases by the United States Trustee, avoiding unnecessary burdens that would otherwise exist absent joint administration.

12.     No prior request for the relief sought in this Motion has been made to this or any other Court in connection with these Chapter 11 cases.

WHEREFORE, Debtors respectfully request that the Court: (i) enter an order granting the relief requested herein; and (ii) grant such other and further relief to Debtors as the Court may deem just and proper.

Dated: February 6, 2026

Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #7347; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on February 6, 2026, the foregoing was delivered electronically to all parties that are registered to receive electronic filings on CM/ECF/PACER, and via regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

[See attached Mailing Matrix]                    s/ Ryan M. Graham

Label Matrix for local noticing
1083-2
Case 26-20161
District of Kansas
Kansas City
Fri Feb  6 16:14:18 CST 2026

6201 Robinson Street, LLC
6201 Robinson Street
Overland Park, KS 66202-3056

Custombilt Firearms
6201 Robinson Street
Mission KS 66202-3056

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

James Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Ronda E. Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wells Fargo Bank N.A.
Attn: Bernie Juarez
4101 Wiseman Blvd Bldg 108
San Antonio TX 78251-4200

Wells Fargo Bank N.A.
PO Box 77053
Minneapolis MN 55480-7753

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11

Label Matrix for local noticing
1083-2
Case 26-20160
District of Kansas
Kansas City
Fri Feb  6 16:13:11 CST 2026

Custombilt Firearms Manufacturing LLC
6201 Robinson Street
Overland Park, KS 66202-3056

6201 Robinson Street, LLC
6201 Robinson Street
Overland Park KS 66202-3056

Bernie Juarez
Wells Fargo Corporate
4101 Wiseman Blvd, BLDG 108
San Antonio TX 78251-4200

FedEx Freight
Dept CH
PO Box 10306
Palatine IL 60055-0306

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

(p)KANSAS GAS SERVICE
PO BOX 3535
TOPEKA KS 66601-3535

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wells Fargo Bank N.A.
PO Box 94435
Albuquerque NM 87199-4435

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Kansas Gas Service
PO Box 219046
Kansas City MO 64121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Customer Deposits
N/A

(u)Various gift card holders

End of Label Matrix
Mailable recipients    11
Bypassed recipients     2
Total                  13