**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) | Case No. 26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) ) | Subchapter V (Joint Administration Requested) |
| | | ) | |
| In re: | 6201 ROBINSON STREET LLC, | ) ) | Case No. 26-20161-dls11 |
| | Debtor and Debtor-in-Possession. | ) ) | Chapter 11 (Voluntary) (Joint Administration Requested) |

**MOTION FOR AN EXPEDITED HEARING OR RULING(S) ON DEBTORS'**
**RESPECTIVE MOTIONS FOR APPROVAL OF PRELIMINARY ORDER PURSUANT TO**
**11 U.S.C. § 363 AND FED. R. BANKR. P. 4001 CONCERNING THE USE OF CASH**
**COLLATERAL AND PROVIDING FOR ADEQUATE PROTECTION AND RELATED**
**MATTERS, AND MOTION FOR JOINT ADMINSTRATION OF CASES**

**COMES NOW** Custombilt Firearms Manufacturing, LLC ("Custombilt"), the Chapter 11, Subchapter V debtor-in-possession herein, and 6201 Robinson Street, LLC ("6201 Robinson"), the Chapter 11 debtor-in-possession herein (collectively the "Debtors"), by and through the undersigned Counsel, and for its Motion for Expedited Hearing on the Emergency Motions for Approval of Preliminary Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. Proc. 4001 Concerning the Use of Cash Collateral and Providing for Adequate Protection and Related Matters, and the Motion for Joint-Administration of Cases (**Doc. Nos. 9 and 10 in Case No. 26-20160, and Doc. Nos. 8 and 9 in Case No. 26-20161**; collectively the "1st Day Motions"), states as follows:

1.  On 2/6/2026, Debtors filed their respective Petitions for Chapter 11 relief.

2.  On 2/6/2026, Debtors filed their respective 1st Day Motions.

3.  The Debtor believes that the relief requested in each of the 1st Day Motions is essential to the continued business operations and the reorganization of the Debtors.

4.  Waiting the statutory 21-day objection deadline on the 1st Day Motions will cause the Debtors to suffer irreparable harm and will be forced to cease its business operations to the detriment of the secured creditors and all other creditors.

5.  In light of the above, Debtors request the Court for an expedited hearing on the 1st Day Motions.

6.  Undersigned Counsel requests that proposed hearing dates and times for a forthcoming order on this Motion be sent to Counsel's staff at: Doug@wagonergroup.com in order to avoid delays.  Or

1

if the Court deems proper, enter a text-entry order on this Motion for a hearing date which is agreeable to the Debtors, US Trustee, and any other parties of interest.

        **WHEREFORE**, Debtor prays the Court for an expedited hearing or ruling on the 1st Day Motions, and for such further relief as the Court deems equitable and proper upon the premises.

Dated: February 6, 2026

Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #7347; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 6, 2026, the foregoing was delivered via e-mail to the effected parties who are registered to receive electronic notice via ECF, and regular 1st-class, postage prepaid to the parties listed below that are not registered to receive ECF notice.

**[See attached mailing matrix]**

s/ Ryan M. Graham

Label Matrix for local noticing
1083-2
Case 26-20161
District of Kansas
Kansas City
Fri Feb  6 16:14:18 CST 2026

6201 Robinson Street, LLC
6201 Robinson Street
Overland Park, KS 66202-3056

Custombilt Firearms
6201 Robinson Street
Mission KS 66202-3056

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

James Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Ronda E. Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wells Fargo Bank N.A.
Attn: Bernie Juarez
4101 Wiseman Blvd Bldg 108
San Antonio TX 78251-4200

Wells Fargo Bank N.A.
PO Box 77053
Minneapolis MN 55480-7753

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11

Label Matrix for local noticing
1083-2
Case 26-20160
District of Kansas
Kansas City
Fri Feb  6 16:13:11 CST 2026

Custombilt Firearms Manufacturing LLC
6201 Robinson Street
Overland Park, KS 66202-3056

6201 Robinson Street, LLC
6201 Robinson Street
Overland Park KS 66202-3056

Bernie Juarez
Wells Fargo Corporate
4101 Wiseman Blvd, BLDG 108
San Antonio TX 78251-4200

FedEx Freight
Dept CH
PO Box 10306
Palatine IL 60055-0306

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

(p)KANSAS GAS SERVICE
PO BOX 3535
TOPEKA KS 66601-3535

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wells Fargo Bank N.A.
PO Box 94435
Albuquerque NM 87199-4435

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Kansas Gas Service
PO Box 219046
Kansas City MO 64121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Customer Deposits
N/A

(u)Various gift card holders

End of Label Matrix
Mailable recipients    11
Bypassed recipients     2
Total                  13