**SO ORDERED.**

**SIGNED this 9th day of February, 2026.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) | Case No. 26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |
| | | ) | (Joint Administration Requested) |
| | | ) | |
| In re: | 6201 ROBINSON STREET LLC, | ) | Case No. 26-20161-dls11 |
| | | ) | |
| | Debtor and Debtor-in-Possession. | ) | Chapter 11 (Voluntary) |
| | | ) | (Joint Administration Requested) |

## ORDER APPROVING MOTION FOR EXPEDITED HEARING ON DEBTORS' RESPECTIVE 1st DAY MOTIONS

On **2/6/2026,** Debtors filed **Doc. #11 in Case No. 26-20160 and Doc. #10 in 26-20161,** the Motions for an Expedited Hearing on the above-captioned Debtors' respective 1st Day Motions (**Doc. Nos. 9 and 10 in Case No. 26-20160, and Doc. Nos. 8 and 9 in Case No. 26-20161; hereinafter the "1st Day Motions")**. The Court finds that said Motion is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions for Expedited Hearing is hereby GRANTED.

**IT IS FURTHER ORDERED** that a Hearing on the 1st Day Motions will be held before the U.S. Bankruptcy Court, Kansas City, KS, on **February 12, 2026, at 1:30 PM** via WEBEX Cisco Webex Meeting link:

https://us-courts.webex.com/us-courts/j.php?MTID=m7a5636c1a0875e4414a01f24ec970db5; if prompted for meeting number, enter 2307 168 9263.

**IT IS FURTHER ORDERED** that upon the Court's entry of this Order; the Debtor shall timely file and serve a Notice of Hearing on the same.

**IT IS SO ORDERED.**

###

Respectfully submitted by:
WM Law

s/ Ryan M. Graham
Ryan M. Graham, KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
*ATTORNEYS FOR DEBTOR*