Form ocvp  (Revised 10/2023)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20160                                    Chapter:  11

In re:

Custombilt Firearms Manufacturing LLC

6201 Robinson Street
Overland Park, KS 66202

| Date Case was Filed 2/6/26 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | Filed and Entered By The Court 2/9/26 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

Debtor(s)' voluntary petition is missing the following document(s):

SB Balance Sheet
SB Cash Flow Stmt.
SB Federal income tax return
SB Statement of Operations

District of Kansas Local Bankruptcy Rule 1007.1 lists the documents that must be assembled as part of the petition or attached to the petition and identifies which documents use local forms. Documents must be submitted using the latest version of the appropriate forms. National Bankruptcy Forms are available at www.uscourts.gov. Local forms (such as the local Chapter 13 form plan adopted by D. Kan. Bankr. Standing Order 17–1, and the Debtor's Electronic Noticing Request Form) are available at www.ksb.uscourts.gov/forms.

The missing document(s) must be filed within fourteen (14) days of the date the case was filed.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.

Document 14

s/   Dale L. Somers
Judge, United States Bankruptcy Court