**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) ) | Case No. 26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |
| | | ) | (Joint Administration Requested) |
| | | ) | |
| In re: | 6201 ROBINSON STREET LLC, | ) ) | Case No. 26-20161-dls11 |
| | Debtor and Debtor-in-Possession. | ) | Chapter 11 (Voluntary) |
| | | ) | (Joint Administration Requested) |

**NOTICE OF EXPEDITED HEARING ON DEBTORS' RESPECTIVE MOTIONS FOR APPROVAL OF PRELIMINARY ORDER PURSUANT TO 11 U.S.C. § 363 AND FED. R. BANKR. P. 4001 CONCERNING THE USE OF CASH COLLATERAL AND PROVIDING FOR ADEQUATE PROTECTION AND RELATED MATTERS, AND MOTION FOR JOINT ADMINSTRATION OF CASES**

**NOTICE IS HEREBY GIVEN** that a Hearing in the above-captioned proceedings on the Debtors' respective Motions for Approval of Preliminary Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. Proc. 4001 Concerning the Use of Cash Collateral and Providing for Adequate Protection and Related Matters, and the Motion for Joint-Administration of Cases (**Doc. Nos. 9 and 10 in Case No. 26-20160, and Doc. Nos. 8 and 9 in Case No. 26-20161**) will be held before the **U.S. Bankruptcy Court, Kansas City, KS, on February 12, 2026, at 1:30 PM via WEBEX Cisco Webex Meeting link:** https://us-courts.webex.com/us-courts/j.php?MTID=m7a5636c1a0875e4414a01f24ec970db5; if prompted for meeting number, enter 2307 168 9263.

If you file an objection, you must appear at the Hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated: February 9, 2026

Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #73470; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 9, 2026, the foregoing was delivered via e-mail to the effected parties who are registered to receive electronic notice via ECF, and regular 1st-class, postage prepaid to the parties listed below that are not registered to receive ECF notice.

**[See attached mailing matrices]**

s/ Ryan M. Graham

Label Matrix for local noticing
1083-2
Case 26-20161
District of Kansas
Kansas City
Fri Feb  6 16:14:18 CST 2026

6201 Robinson Street, LLC
6201 Robinson Street
Overland Park, KS 66202-3056

Custombilt Firearms
6201 Robinson Street
Mission KS 66202-3056

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

James Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Ronda E. Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wells Fargo Bank N.A.
Attn: Bernie Juarez
4101 Wiseman Blvd Bldg 108
San Antonio TX 78251-4200

Wells Fargo Bank N.A.
PO Box 77053
Minneapolis MN 55480-7753

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11

Label Matrix for local noticing
1083-2
Case 26-20160
District of Kansas
Kansas City
Fri Feb  6 16:13:11 CST 2026

Custombilt Firearms Manufacturing LLC
6201 Robinson Street
Overland Park, KS 66202-3056

6201 Robinson Street, LLC
6201 Robinson Street
Overland Park KS 66202-3056

Bernie Juarez
Wells Fargo Corporate
4101 Wiseman Blvd, BLDG 108
San Antonio TX 78251-4200

FedEx Freight
Dept CH
PO Box 10306
Palatine IL 60055-0306

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

(p)KANSAS GAS SERVICE
PO BOX 3535
TOPEKA KS 66601-3535

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wells Fargo Bank N.A.
PO Box 94435
Albuquerque NM 87199-4435

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Kansas Gas Service
PO Box 219046
Kansas City MO 64121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Customer Deposits
N/A

(u)Various gift card holders

End of Label Matrix
Mailable recipients    11
Bypassed recipients     2
Total                  13