# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) ) | Case No. 26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) ) ) | Subchapter V (Joint Administration Requested) |
| In re: | 6201 ROBINSON STREET LLC, | ) ) | Case No. 26-20161-dls11 |
| | Debtor and Debtor-in-Possession. | ) ) | Chapter 11 (Voluntary) (Joint Administration Requested) |

## APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COMES NOW** Custombilt Firearms Manufacturing, LLC, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submits this Application for Employment of the law firm W M Law and its members to represent the Debtor in this Chapter 11 bankruptcy proceedings. In support of this Application the Debtor represents the following:

1. On 2/6/2026, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2. The Debtor is a Corporation organized under the laws of the State of Kansas.

3. The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the § 341 meeting and other court hearings, preparation of the Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4. Attorneys, Ryan M. Graham, Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Chelsea S. Williamson, Bryan P. Cardwell, Megan M. Tiede, Luke T. Trusdale, and non-attorney staff outlined below of the law firm of WM Law (collectively "WM Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as his counsel, and who have an office located at: 15095 West 116th Street, Olathe, Kansas 66062.

5. WM Law has experience in matters of this character and is well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6. WM Law is not connected in any manner with the Debtor, other than as Debtor's counsel, or

with creditors or any other party in interest in this matter. The firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate. As noted in the Attorney Compensation Form, and the attached affidavit, Custombilt's, principal James Anderson paid a **$23,476.00 initial retainer** used to cover pre-petition work and two Chapter 11 Filing Fees (with the balance remaining in trust), but Mr. Anderson is not and has not been a WM Law client, and the firm has a strict duty of loyalty to the corporation, not to Mr. Anderson or any other party and therefore contends the firm is a disinterested party.

7. W M Law has examined their client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorney and all the members of the firm do not hold or represent an interest adverse to the estate.

8. W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9. W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10. W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan M. Graham | $350.00 |
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $350.00 |
| Attorney, Errin Stowell | $350.00 |
| Attorney, Chelsea S, Williamson | $350.00 |
| Attorney, Megan M. Tiede | $350.00 |
| Attorney, Bryan P. Cardwell | $350.00 |
| Attorney, Luke T. Trusdale | $350.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11. For entry in this Case, the W M Law has received a retainer in the amount of $20,000, and two Filing Fees of $1,738.00 each from the Debtor. The source of funds used for the retainer and filing fee were the Debtor. W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case

will be made in accordance with this application. Of the pre-petition funds, WM Law has applied $3,476.00 for the two Chapter 11 Filing Fees and $19,635.00 for pre-filing work, leaving a total balance in trust of $365.00.

12. W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

13. W M Law's post-Petition fees will not be paid unless: (a) Debtor has timely filed with the UST all required operating reports; (b) Debtor is current in payment of post-Petition taxes and fees and costs assessed under 28 U.S.C. § 1930; and (c) Debtor is either current in payment of post-Petition creditors or has the financial capacity to make such payments.

14. Attorney, Jeffrey L. Wagoner, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

**WHEREFORE**, the Debtor respectfully requests this Court's order approving the employment of the WM Law attorneys listed above and the paralegals and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: February 9, 2026

Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #7347; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR

### NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Application for Employment of Attorneys for Debtor, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **3/2/2026** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, **3/12/2026 at 1:30 p.m.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 9, 2026, the foregoing was delivered via e-mail to the effected parties who are registered to receive electronic notice via ECF, and regular 1st-class, postage prepaid to the parties listed below that are not registered to receive ECF notice.

      Office of the United States Trustee via ECF Notice.

      **[See attached mailing matrix]**

s/ Ryan M. Graham
Proposed Counsel for Debtor/Debtor-in-Possession, Custombilt Firearms Manufacturing LLC., et al.,

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) ) | Case No. 26-20160-dls11 |
| | | ) ) ) ) ) | Chapter 11 (Voluntary), Subchapter V (Joint Administration Requested) |
| | Debtor and Debtor-in-Possession | | |
| In re: | 6201 ROBINSON STREET LLC, | ) ) | Case No. 26-20161-dls11 |
| | Debtor and Debtor-in-Possession. | ) ) | Chapter 11 (Voluntary) (Joint Administration Requested) |

## AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

State of Kansas        )
                       ) ss.
County of Johnson      )

I, Jeffrey L. Wagoner, under oath and penalty of perjury hereby state the following:

1. I am an attorney and the President of the law firm, Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Ryan A. Blay and Jessica Marie-Hutchison, as well as myself and other attorneys (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United Stated Bankruptcy Court for the District of Kansas.

2. This Affidavit is submitted in connection with W M Law's foregoing Application for Employment as Counsel on behalf of the above-captioned Debtor and Debtor-in-Possession, Custombilt Firearms Manufacturing, LLC (the "Debtor").

3. In preparing this Affidavit, I have reviewed and examined the Debtor's client records, business records, financial affairs, and have made a personal inquiry of the Debtor. To the best of my knowledge I have determined that W M Law has no relevant connection to the Debtor, other than as Debtor's counsel, nor any relevant connection to the Debtor's creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST.

4. W M Law is not a creditor, an equity security holder or an insider of Debtor, and is not and was not a director, officer, or employee of the Debtor. W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason

1

of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5. W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

6. The Debtor has requested, and W M Law has agreed, to engage in the representation of the Debtor in this proceeding at hourly fees which commensurate their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan M. Graham | $350.00 |
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $350.00 |
| Attorney, Errin Stowell | $350.00 |
| Attorney, Chelsea S, Williamson | $350.00 |
| Attorney, Megan M. Tiede | $350.00 |
| Attorney, Bryan P. Cardwell | $350.00 |
| Attorney, Luke T. Trusdale | $350.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

7. In addition, although unascertainable at this time after due inquiry, by virtue of the magnitude of the Debtors' potential universe of creditors and W M Law's clients, W M Law may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtor in matters entirely unrelated to the Debtor and any estate(s). W M Law does not and will not represent any such entity in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or the estate(s). I believe that W M Law's representation of such entities in matters entirely unrelated to the Debtor is not adverse to the Debtor's interests, or the interests of any creditors or estates in respect of the matters for which W M Law will be engaged, nor will such services impair W M Law's ability to represent the Debtor in the ordinary course of this Chapter 11 Case.

8. In light of the foregoing, I believe that W M Law Firm does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

9. Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Kansas, and orders of this Court.

10. W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

11. The foregoing constitutes the statement of W M Law pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: February 9, 2026

_____
Jeffrey L. Wagoner, KS #17489
Attorney at Law & President
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
JeffWagoner@wagonergroup.com

Sworn to before on me this __9th__ day of February 2026.

_____
Ana Ballesteros, Notary Public

My commission expires: 12/31/27

NOTARY PUBLIC - State of Kansas
ANA BALLESTEROS
My Appt. Expires 12/31/27

```
Label Matrix for local noticing          6201 Robinson Street, LLC              Custombilt Firearms
1083-2                                   6201 Robinson Street                   6201 Robinson Street
Case 26-20161                            Overland Park, KS 66202-3056           Mission KS 66202-3056
District of Kansas
Kansas City
Fri Feb  6 16:14:18 CST 2026

Internal Revenue Service                 James Anderson                         Kansas Department of Revenue
PO Box 7346                              13904 Bradshaw Street                  PO Box 12005
Philadelphia PA 19101-7346               Overland Park KS 66221-2872            Topeka KS 66612-2005


Missouri Department of Revenue           Ronda E. Anderson                      U.S. Trustee
PO Box 475                               13904 Bradshaw Street                  Office of the United States Trustee
Jefferson City MO 65105-0475             Overland Park KS 66221-2872            301 North Main Suite 1150
                                                                                Wichita, KS 67202-4811


Wells Fargo Bank N.A.                    Wells Fargo Bank N.A.                  Ryan Michael Graham
Attn: Bernie Juarez                      PO Box 77053                           Wm Law
4101 Wiseman Blvd Bldg 108               Minneapolis MN 55480-7753              15095 West 116th Street
San Antonio TX 78251-4200                                                       Olathe, KS 66062-1098



End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11
```

```
Label Matrix for local noticing         Custombilt Firearms Manufacturing LLC    6201 Robinson Street, LLC
1083-2                                  6201 Robinson Street                     6201 Robinson Street
Case 26-20160                           Overland Park, KS 66202-3056             Overland Park KS 66202-3056
District of Kansas
Kansas City
Fri Feb  6 16:13:11 CST 2026

Bernie Juarez                           FedEx Freight                            Internal Revenue Service
Wells Fargo Corporate                   Dept CH                                  PO Box 7346
4101 Wiseman Blvd, BLDG 108             PO Box 10306                             Philadelphia PA 19101-7346
San Antonio TX 78251-4200               Palatine IL 60055-0306


Kansas Department of Revenue            (p)KANSAS GAS SERVICE                    Missouri Department of Revenue
PO Box 12005                            PO BOX 3535                              PO Box 475
Topeka KS 66612-2005                    TOPEKA KS 66601-3535                     Jefferson City MO 65105-0475


U.S. Trustee                            Wells Fargo Bank N.A.                    Ryan Michael Graham
Office of the United States Trustee     PO Box 94435                             Wm Law
301 North Main Suite 1150               Albuquerque NM 87199-4435                15095 West 116th Street
Wichita, KS 67202-4811                                                           Olathe, KS 66062-1098
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Kansas Gas Service
PO Box 219046
Kansas City MO 64121
```


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Customer Deposits                    (u)Various gift card holders             End of Label Matrix
N/A                                                                              Mailable recipients    11
                                                                                 Bypassed recipients     2
                                                                                 Total                  13
```