# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re: Custombilt Firearms Manufacturing, LLC,

Case No. 26-20160-11

Debtor.

---

## U.S. Trustee's Objection to Debtor's Motion to Authorize Use of Cash Collateral

---

The U.S. Trustee objects to the cash-collateral motion filed by debtor Custombilt Firearms Manufacturing, LLC,[1] for two reasons:

1. The proposed budget does not include money for the fees of the subchapter V trustee.
2. The budget appears to deepen the debtor's insolvency.

Unless Custombilt addresses these issues, the Court should deny the cash-collateral motion.

*Budget doesn't include money for subchapter V trustee fees.*

Custombilt chose to file its case under subchapter V, which requires the appointment of a trustee to be paid by the debtor's estate. And a subchapter V trustee has been appointed in this case. Yet Custombilt doesn't include those fees in its proposed budget.

---

[1] Doc. #8.

1

*Budget would allow Custombilt to go deeper into debt.*

The budget shows a beginning balance of $63,319.93. But over the next three months, Custombilt will have negative cash flow of $23,321. The Court shouldn't approve any budget that will result in Custombilt deepening its insolvency with no apparent way to exit bankruptcy.

Unless Custombilt addresses these issues, the Court should deny the cash-collateral motion.

Respectfully submitted,

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: s/Richard A. Kear
Richard A. Kear, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
(202) 573-6945
Richard.Kear@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on February 10, 2026, a true and correct copy of this **Objection** was electronically filed with the Court using the CM/ECF system, which sends notification to all parties of interest participating in this case through the CM/ECF system.

By: s/Richard A. Kear

2