| | |
|---|---|
| Debtor | **Custombilt Firearms Manufacturing LLC**  EIN: 81–1057098 |
| | Name |
| United States Bankruptcy Court | District of Kansas    Date case filed for chapter: 11   2/6/26 |
| Case number / Presiding Judge: | **26–20160 / Dale L. Somers**    Date Notice Issued: **2/9/26** |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

11/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Custombilt Firearms Manufacturing LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6201 Robinson Street  Overland Park, KS 66202 | |
| 4. | **Debtor's attorney**  Name and address | Ryan Michael Graham  Wm Law  15095 West 116th Street  Olathe, KS 66062 | Contact phone 913–422–0909 |
| 5. | **Bankruptcy trustee**  Name and address | Robbin L Messerli  PO Box 8686  Prairie Village, KS 66208 | Contact phone 913–948–4235 |
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address.  You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse  500 State Avenue  Kansas City, KS 66101 | Office hours:  9:00 a.m. – 4:00 p.m. Monday–Friday  Contact phone (913) 735–2110 |

**For more information, see page 2 >**

Case 26-20160   Doc# 23   Filed 02/11/26   Page 1 of 4

| | | |
|---|---|---|
| **7.** **Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath.  Creditors may attend, but are not required to do so. | **March 5, 2026 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location:  **Phone Number: (888) 330–1716, Access Code: 7221770#** |

### 8. Proof of claim deadline

**Deadline for filing proof of claim:**

| | |
|---|---|
| **For all creditors (except a governmental unit):** | 4/17/26 |
| **For a governmental unit:** | 8/5/26 |

A proof of claim is a signed statement describing a creditor's claim. You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc or a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated;*
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

### 9. Exception to discharge deadline

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

| **Deadline for filing the complaint:** | 5/4/26 |
|---|---|

### 10. Creditors with a foreign address

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

### 11. Filing a Chapter 11 bankruptcy case

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business.

### 12. Discharge of debts

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

In re:

Custombilt Firearms Manufacturing LLC

    Debtor

Case No. 26-20160-DLS

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: 309F2 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Custombilt Firearms Manufacturing LLC, 6201 Robinson Street, Overland Park, KS 66202-3056 |
| 10237753 | + | 6201 Robinson Street, LLC, 6201 Robinson Street, Overland Park KS 66202-3056 |
| 10237754 | + | Bernie Juarez, Wells Fargo Corporate, 4101 Wiseman Blvd, BLDG 108, San Antonio TX 78251-4200 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: John.Nemecek@USDOJ.GOV | Feb 09 2026 20:23:00 | John Nemecek, DOJ-Ust, 301 North Main Street, Ste 1150, Wichita, KS 67202 |
| aty | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 09 2026 20:23:00 | Jordan M Sickman, DOJ-Ust, 301 North Main, Suite 1150, Wichita, KS 67202-4811 |
| aty | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 09 2026 20:23:00 | Richard A Kear, DOJ-Ust, 301 N Main St, Suite 1150, Wichita, KS 67202-4811 |
| aty | | Email/Text: graham@wagonergroup.com | Feb 09 2026 20:23:00 | Ryan Michael Graham, Wm Law, 15095 West 116th Street, Olathe, KS 66062 |
| tr | + | Email/Text: rob.messerli@gunrockvp.com | Feb 09 2026 20:23:00 | Robbin L Messerli, PO Box 8686, Prairie Village, KS 66208-0686 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 09 2026 20:23:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 10237756 | ^ | MEBN | Feb 09 2026 20:18:26 | FedEx Freight, Dept CH, PO Box 10306, Palatine IL 60055-0306 |
| 10237751 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2026 20:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 10237758 | | Email/Text: KGSBankruptcy@onegas.com | Feb 09 2026 20:23:00 | Kansas Gas Service, PO Box 219046, Kansas City MO 64121 |
| 10237757 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Feb 09 2026 20:23:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66612-2005 |
| 10237752 | | Email/Text: ecfnotices@dor.mo.gov | Feb 09 2026 20:23:00 | Missouri Department of Revenue, PO Box 475, Jefferson City MO 65105-0475 |
| 10237760 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 09 2026 20:31:12 | Wells Fargo Bank N.A., PO Box 94435, Albuquerque NM 87199-4435 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10237755 | | Customer Deposits, N/A |
| 10237759 | | Various gift card holders |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Robbin L Messerli | rob.messerli@gunrockvp.com |
| Ryan Michael Graham | on behalf of Debtor Custombilt Firearms Manufacturing LLC graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 6