**Form ocvp** (Revised 10/2023)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20160

Chapter:  11

In re:

Custombilt Firearms Manufacturing LLC

6201 Robinson Street
Overland Park, KS 66202

| Date Case was Filed 2/6/26 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | **Filed and Entered By The Court** **2/9/26** David D. Zimmerman Clerk of Court US Bankruptcy Court |
| --- | --- | --- |

Debtor(s)' voluntary petition is missing the following document(s):

SB Balance Sheet
SB Cash Flow Stmt.
SB Federal income tax return
SB Statement of Operations

District of Kansas Local Bankruptcy Rule 1007.1 lists the documents that must be assembled as part of the petition or attached to the petition and identifies which documents use local forms. Documents must be submitted using the latest version of the appropriate forms. National Bankruptcy Forms are available at www.uscourts.gov. Local forms (such as the local Chapter 13 form plan adopted by D. Kan. Bankr. Standing Order 17–1, and the Debtor's Electronic Noticing Request Form) are available at www.ksb.uscourts.gov/forms.

The missing document(s) must be filed within fourteen (14) days of the date the case was filed.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.

Document 14

s/   Dale L. Somers
Judge, United States Bankruptcy Court

In re:

Custombilt Firearms Manufacturing LLC

     Debtor

Case No. 26-20160-DLS

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: ocvp | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

**Recip ID**          **Recipient Name and Address**

db           + Custombilt Firearms Manufacturing LLC, 6201 Robinson Street, Overland Park, KS 66202-3056

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Nemecek | |
| | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | |
| | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Richard A Kear | |
| | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Robbin L Messerli | |
| | rob.messerli@gunrockvp.com |
| Ryan Michael Graham | |
| | on behalf of Debtor Custombilt Firearms Manufacturing LLC graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | |

District/off: 1083-2

Date Rcvd: Feb 09, 2026

User: admin

Form ID: ocvp

Page 2 of 2

Total Noticed: 1

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6