**SO ORDERED.**

**SIGNED this 9th day of February, 2026.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) ) | Case No. 26-20160-dls11 |
| | Debtor and Debtor-in-Possession | ) ) ) | Chapter 11 (Voluntary), Subchapter V (Joint Administration Requested) |
| In re: | 6201 ROBINSON STREET LLC, | ) ) | Case No. 26-20161-dls11 |
| | Debtor and Debtor-in-Possession. | ) ) ) | Chapter 11 (Voluntary) (Joint Administration Requested) |

### ORDER APPROVING MOTION FOR EXPEDITED HEARING ON DEBTORS' RESPECTIVE 1st DAY MOTIONS

On **2/6/2026,** Debtors filed **Doc. #11 in Case No. 26-20160 and Doc. #10 in 26-20161,** the Motions for an Expedited Hearing on the above-captioned Debtors' respective 1st Day Motions (**Doc. Nos. 9 and 10 in Case No. 26-20160, and Doc. Nos. 8 and 9 in Case No. 26-20161; hereinafter the "1st Day Motions")**. The Court finds that said Motion is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions for Expedited Hearing is hereby GRANTED.

**IT IS FURTHER ORDERED** that a Hearing on the 1st Day Motions will be held before the U.S. Bankruptcy Court, Kansas City, KS, on **February 12, 2026, at 1:30 PM** via WEBEX Cisco Webex Meeting link:

https://us-courts.webex.com/us-courts/j.php?MTID=m7a5636c1a0875e4414a01f24ec970db5; if prompted for meeting number, enter 2307 168 9263.

**IT IS FURTHER ORDERED** that upon the Court's entry of this Order; the Debtor shall timely file and serve a Notice of Hearing on the same.

**IT IS SO ORDERED.**

### 

Respectfully submitted by:
WM Law

s/ Ryan M. Graham
Ryan M. Graham, KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
*ATTORNEYS FOR DEBTOR*

In re:                                                                                      Case No. 26-20160-DLS

Custombilt Firearms Manufacturing LLC                                                       Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                         User: admin                                    Page 1 of 2

Date Rcvd: Feb 09, 2026                      Form ID: pdf020                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

**Recip ID     Recipient Name and Address**

db     + Custombilt Firearms Manufacturing LLC, 6201 Robinson Street, Overland Park, KS 66202-3056

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Robbin L Messerli | rob.messerli@gunrockvp.com |
| Ryan Michael Graham | on behalf of Debtor Custombilt Firearms Manufacturing LLC graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | |

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6