**SO ORDERED.**

**SIGNED this 9th day of February, 2026.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

_____

### THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

**In Re:**

**Custombilt Firearms Manufacturing LLC**          **Case No. 26-20160 Ch. 11**

                    **Debtor(s)**

### ORDER SCHEDULING CHAPTER 11 SUBCHAPTER V
### STATUS CONFERENCE AND DIRECTING NOTICE

The debtor has filed for relief under Subchapter V of Chapter 11—the Small Business Reorganization Act (SBRA) of 2019, 11 U.S.C. § 1181 _et al._

The Court will conduct a preliminary status conference pursuant to § 1188(a) on **April 7, 2026, at 1:30 p.m.** at 444 SE Quincy, Courtroom 220, Topeka, Kansas, at which time Debtor, Debtor's counsel, and the trustee are directed to appear.[1]  Appearance may be remote via computer using the following link:  https://us-courts.webex.com/us-courts/j.php?MTID=m7a5636c1a0875e4414a01f24ec970db5, if prompted for an access code, enter 2307 168 9263.  In some instances, the Court may allow appearance by telephone by

---

[1] 04/072026 is Judge Somers' Topeka docket, participants may appear remotely as noted herein.

Rev. February 2026

dialing 1-855-244-8681, access code 2307 168 9263 #.  Requests to appear telephonically must be made in advance.

The principal purpose of the status conference is to further the expeditious and economical resolution of the case and to assist the Court in managing its docket.  Parties other than the Debtor, Debtor's counsel, and the trustee will be allowed to speak briefly about concerns or problems they anticipate may arise in the case, but they will not be allowed to request relief or seek orders on pending motions and proceedings that will be otherwise scheduled.

**Fourteen (14) calendar days before the status conference**, the Debtor shall file with the Court, *and* serve on the trustee and all parties in interest, the status report specified in § 1188(c) containing the following information:

1. The date the case was filed, and the date Debtor's counsel applied for appointment to represent the Debtor.
2. The name, address, and phone number of the trustee appointed to serve in this case under § 1183.
3. Identify whether this debtor is a debtor as defined in 11 USC §1182(1), as amended, and whether anyone has objected to the debtor's electing to proceed under Subchapter V.
4. The Debtor's proposed deadline for filing objections to claims.
5. The Debtor's proposed deadline for filing a spreadsheet report of allowed and disputed claims by class.
6. The Debtor's proposed deadline for filing any avoidance actions.
7. The Debtor's proposed deadline for filing a plan of reorganization, which under § 1189(b) may not be later than 90 days after the order for relief unless ordered by the Court.
8. The efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization.

**The Debtor shall also indicate to the Court (either in the status report or at the status conference):**

9. Whether the initial financial report and other documentation required by the United States Trustee has been or will be filed, and whether the Debtor is current on the filing of monthly financial reports to the United States Trustee.
10. Whether the Debtor's schedules have been filed in substantially complete form.
11. Whether the Debtor is current on all tax filings, and if not, which returns are outstanding and when they will be filed.

12. Whether the Debtor has given notice of the case to financial institutions, utility companies, landlords, and insurers.
13. Whether the Debtor has reviewed and is complying with the record keeping and reporting duties in Federal Rule of Bankruptcy Procedure 2015(a)(2), (3), (4) and (6) and Interim D. Kan. LBR 2015.1.
14. The Debtor's projections for financial operations for the first 120 days of this case.
15. The Debtor's financial history for the three (3) years prior to the filing of the petition (annual figures).
16. The expected budget for professionals in this case and whether the trustee anticipates the need for retention of professionals.
17. The problems which require resolution through the bankruptcy process.

The Court directs Debtor's counsel to serve a copy of this Order upon the United States Trustee, the Internal Revenue Service, the trustee, all secured creditors, and the Debtor within seven (7) days of this Order and contemporaneously file a Certificate of Service.

**FAILURE TO APPEAR AT THIS STATUS CONFERENCE, TO FILE THE REQUIRED STATUS REPORT, OR TO SERVE NOTICE MAY RESULT IN THE DISMISSAL OF THE CASE OR CONVERSION TO A CASE UNDER CHAPTER 7.**

**IT IS SO ORDERED.**

### ###

Rev. February 2026

Case 26-20160   Doc# 27   Filed 02/11/26   Page 3 of 5

In re:

Custombilt Firearms Manufacturing LLC

     Debtor

Case No. 26-20160-DLS

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1083-2      User: admin      Page 1 of 2

Date Rcvd: Feb 09, 2026      Form ID: pdf020      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

**Recip ID**      **Recipient Name and Address**

db      + Custombilt Firearms Manufacturing LLC, 6201 Robinson Street, Overland Park, KS 66202-3056

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Nemecek | |
| | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | |
| | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Richard A Kear | |
| | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Robbin L Messerli | |
| | rob.messerli@gunrockvp.com |
| Ryan Michael Graham | |
| | on behalf of Debtor Custombilt Firearms Manufacturing LLC graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | |

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6