U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
2/12/2026
Hon. Dale L. Somers, Presiding

01:30 PM

Case Information:
    26-20160 Custombilt Firearms Manufacturing LLC   Chapter: 11

Judge: DLS  Filed: 02/06/2026   Pln Confirmed:

Appearances:
    ✓ Ryan Michael Graham representing Custombilt Firearms Manufacturing LLC (Debtor)
    ✓ Robbin L Messerli (Trustee)
    ✓ Richard A Kear representing U.S. Trustee

Issue(s):
    **Preliminary Hearing** [9] Expedited Motion to Use Cash Collateral. Filed on behalf of Debtor Custombilt Firearms Manufacturing LLC, with Certificate of Service.
    [20] Objection by UST

    [10] Motion for Joint Administration Lead Case 26-20160 Custombilt Firearms Manufacturing LLC and 6201 ROBINSON STREET LLC; Case No. 26-20161-dls11 Filed on behalf of Debtor Custombilt Firearms Manufacturing LLC, with Certificate of Service.
    [22] Objection by UST

Notes/Decision: **Motion for Joint Administration is denied, one case is a Subchapter V the other case is not and cannot be jointly administered, however would be set concurrently for efficiency. Business lost firearm license for a time due to minor infractions with ATF. As of October 2025, license has been reinstated. US Trustee's objection was filed due to their fees were not included in the budget. Debtor needs use of cash collateral to operate business and pay employees and will be preparing amended budget. The Court approves Motion to Use Cash Collateral needed on interim basis to get to March 12 and continue to resolve issues.**

Courtroom Deputy: Jessica Diaz/Mindy Senne
ECRO Reporter: Dana Colombo