**SO ORDERED.**

**SIGNED this 18th day of February, 2026.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) | Case No. 26-26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |
| | | ) | (Joint Administration Denied) |
| | | ) | |
| In re: | 6201 ROBINSON STREET LLC, | ) | Case No. 26-26-20161-dls11 |
| | | ) | |
| | Debtor and Debtor-in-Possession. | ) | Chapter 11 (Voluntary) |
| | | ) | (Joint Administration Denied) |

## ORDER DENYING MOTIONS FOR JOINT-ADMINISTRATION

THIS MATTER comes before the Court upon the Debtors' Expedited Motions for Joint Administration of the above-captioned Cases (**Doc. #10 in 26-20160, Doc. #9 in 26-20161**; collectively the "Motions").

The Court having granted an expedited hearing on the Motions, with the US Trustee objecting to the Motions, and a hearing held on the same, finds that the Motions do not meet the requisite burden to warrant to request sought and therefore should be denied.

**IT IS THEREFORE ORDERED** that the Motions are hereby DENIED and the respective Cases shall remain individually administered.

RESPECTFULLY SUBMITTED BY:

WM Law

s/ Ryan M. Graham
Ryan M. Graham, KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
*ATTORNEY FOR DEBTORS*