**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS | ) | Case No. 26-20160-dls11 |
| | MANUFACTURING LLC, | ) | |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession. | ) | Subchapter V |

## ENTRY OF APPEARANCE AS CO-COUNSEL FOR DEBTORS AND REQUEST FOR NOTICE

**COMES NOW** Attorney, Ryan. A. Blay of WM Law, and hereby gives notice of this entry of his appearance as co-Counsel for the above-captioned Debtors with Ryan M. Graham also of WM Law. Co-Counsel requests PACER/CM/ECF electronic notices in the above proceedings be remitted to: blay@wagonergroup.com.

Dated: February 20, 2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS #28110
Ryan M. Graham, KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 20, 2026, the foregoing was delivered via e-mail to the effected parties who are registered to receive electronic notice via ECF, and regular 1st-class, postage prepaid to the parties listed below that are not registered to receive ECF notice.

s/ Ryan A. Blay