**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) ) | Case No. 26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession. | ) | Subchapter V |

**NOTICE OF INTERIM HEARING ON PRELIMINARY MATTERS**

**NOTICE IS HEREBY GIVEN** that a Hearing in the above-captioned proceedings on the Debtors' respective Motions for Use of Cash Collateral and Interim Matters (Doc. #9 in Case No. 26-20160, and Doc. #8 in Case No. 26-20161) will be held will be held before the **U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, 3/12/2026 at 1:30 p.m.** If you file an objection, you must appear at the Hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated: February 20, 2026          Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #73470; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 20, 2026, the foregoing was delivered via e-mail to the effected parties who are registered to receive electronic notice via ECF, and regular 1st-class, postage prepaid to the parties listed below that are not registered to receive ECF notice.

**[See attached mailing matrices]**

s/ Ryan M. Graham

WELLS FARGO CORPORATE
C/o Bernie Juarez
4101 WISEMAN BLVD
SAN ANTONIO TX 78251-4200

WELLS FARGO BANK
C/o Charlie Scharf, CEO or Equivalent
3201 N 4TH AVE
SIOUX FALLS SD 57104-0700

FedEx Freight
PO BOX 10306
PALATINE IL 60055-0001

FEDEX FREIGHT, INC.
8285 TOURNAMENT DR
MEMPHIS TN 38125-1745

FEDEX FREIGHT, INC.
Reg. Agent: C T CORPORATION
SYSTEM
112 SW 7TH STREET SUITE 3C
TOPEKA, KS 66603

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Kansas Gas Service
Attn: Sid McAnnally, CEO or Equivalent
7421 W. 129th St.
Overland Park, KS 66213

KANSAS GAS SERVICE
PO BOX 3535
TOPEKA KS 66601-3535

Kansas Gas Service
PO Box 219046
Kansas City MO 64121

**PRINCIPALS AND CO-DEBTORS**

Custombilt Firearms Manufacturing LLC
6201 Robinson Street
Overland Park, KS 66202-3056

6201 Robinson Street, LLC
6201 Robinson Street
Overland Park KS 66202-3056

Ronda E. Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872

James Anderson
13904 Bradshaw Street
Overland Park KS 66221-2872