**SO ORDERED.**

**SIGNED this 18th day of February, 2026.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) | Case No. 26-26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |
| | | ) | (Joint Administration Denied) |
| | | ) | |
| In re: | 6201 ROBINSON STREET LLC, | ) | Case No. 26-26-20161-dls11 |
| | | ) | |
| | Debtor and Debtor-in-Possession. | ) | Chapter 11 (Voluntary) |
| | | ) | (Joint Administration Denied) |

## ORDER DENYING MOTIONS FOR JOINT-ADMINISTRATION

THIS MATTER comes before the Court upon the Debtors' Expedited Motions for Joint Administration of the above-captioned Cases (**Doc. #10 in 26-20160, Doc. #9 in 26-20161**; collectively the "Motions").

The Court having granted an expedited hearing on the Motions, with the US Trustee objecting to the Motions, and a hearing held on the same, finds that the Motions do not meet the requisite burden to warrant to request sought and therefore should be denied.

**IT IS THEREFORE ORDERED** that the Motions are hereby DENIED and the respective Cases shall remain individually administered.


RESPECTFULLY SUBMITTED BY:

WM Law

s/ Ryan M. Graham

Ryan M. Graham, KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
*ATTORNEY FOR DEBTORS*

In re:

Custombilt Firearms Manufacturing LLC

  Debtor

Case No. 26-20160-DLS

Chapter 11

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Custombilt Firearms Manufacturing LLC, 6201 Robinson Street, Overland Park, KS 66202-3056 |
| 10237753 | + | 6201 Robinson Street, LLC, 6201 Robinson Street, Overland Park KS 66202-3056 |
| 10237754 | + | Bernie Juarez, Wells Fargo Corporate, 4101 Wiseman Blvd, BLDG 108, San Antonio TX 78251-4200 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 10237756 | ^ | MEBN | Feb 18 2026 20:57:24 | FedEx Freight, Dept CH, PO Box 10306, Palatine IL 60055-0306 |
| 10237751 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2026 21:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 10237758 | | Email/Text: KGSBankruptcy@onegas.com | Feb 18 2026 21:15:00 | Kansas Gas Service, PO Box 219046, Kansas City MO 64121 |
| 10237757 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Feb 18 2026 21:15:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66612-2005 |
| 10237752 | | Email/Text: ecfnotices@dor.mo.gov | Feb 18 2026 21:06:00 | Missouri Department of Revenue, PO Box 475, Jefferson City MO 65105-0475 |
| 10237760 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 18 2026 21:11:14 | Wells Fargo Bank N.A., PO Box 94435, Albuquerque NM 87199-4435 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 10237755 | | Customer Deposits, N/A |
| 10237759 | | Various gift card holders |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 1083-2

Date Rcvd: Feb 18, 2026

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 9

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2026

Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Robbin L Messerli | rob.messerli@gunrockvp.com |
| Ryan Michael Graham | on behalf of Debtor Custombilt Firearms Manufacturing LLC graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 6