## 13-Week Cash Flow Budget (Cash Collateral)

**Debtor:** Custombilt Firearms Manufacturing
**Case No.:** TBD
**Budget Period:** Feb 6, 2026 to May 7, 2026

| Line Item | Notes / Assumptions | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Total (13 wks) | Avg / Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Start** | | Feb 6, 2026 | Feb 13, 2026 | Feb 20, 2026 | Feb 27, 2026 | Mar 6, 2026 | Mar 13, 2026 | Mar 20, 2026 | Mar 27, 2026 | Apr 3, 2026 | Apr 10, 2026 | Apr 17, 2026 | Apr 24, 2026 | May 1, 2026 | | |
| **Week End** | | Feb 12, 2026 | Feb 19, 2026 | Feb 26, 2026 | Mar 5, 2026 | Mar 12, 2026 | Mar 19, 2026 | Mar 26, 2026 | Apr 2, 2026 | Apr 9, 2026 | Apr 16, 2026 | Apr 23, 2026 | Apr 30, 2026 | May 7, 2026 | | |
| **CASH SUMMARY** | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | | $63,319.93 | $62,533.70 | $67,331.32 | $72,296.73 | $74,228.98 | $70,254.36 | $75,735.56 | $81,392.94 | $84,025.65 | $85,985.01 | $86,765.86 | $93,149.80 | $99,720.99 | $63,320 | |
| Total Cash Receipts | | $20,067 | $20,313 | $20,562 | $20,815 | $21,070 | $21,329 | $21,590 | $21,855 | $22,124 | $22,395 | $22,670 | $22,948 | $23,230 | $280,967 | $21,613 |
| Total Cash Disbursements | | $20,853 | $15,515 | $15,597 | $18,882 | $25,045 | $15,847 | $15,933 | $19,223 | $20,164 | $21,614 | $16,286 | $16,377 | $23,932 | $245,268 | $18,867 |
| **Net Cash Flow (Receipts - Disb.)** | | ($786) | $4,798 | $4,965 | $1,932 | ($3,975) | $5,481 | $5,657 | $2,633 | $1,959 | $781 | $6,384 | $6,571 | ($702) | $35,699 | $2,746 |
| **Ending Cash Balance** | | $62,533.70 | $67,331.32 | $72,296.73 | $74,228.98 | $70,254.36 | $75,735.56 | $81,392.94 | $84,025.65 | $85,985.01 | $86,765.86 | $93,149.80 | $99,720.99 | $99,019.12 | $99,019 | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | |
| Operating Receipts (Collections) | Projected based on historical average weekly receipts; modeled as ~5% month-over-month growth in total receipts | $20,067 | $20,313 | $20,562 | $20,815 | $21,070 | $21,329 | $21,590 | $21,855 | $22,124 | $22,395 | $22,670 | $22,948 | $23,230 | $280,967 | $21,613 |
| Other Receipts | Refunds, miscellaneous income, etc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| **Total Cash Receipts** | Calculated | $20,067 | $20,313 | $20,562 | $20,815 | $21,070 | $21,329 | $21,590 | $21,855 | $22,124 | $22,395 | $22,670 | $22,948 | $23,230 | | |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | |
| Payroll (Wages, Taxes & Benefits) | Flat weekly payroll based on 2025 totals indicated in P&L. | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $3,017 | $39,220 | $3,017 |
| Intercompany Rent to 6201 Robinson (Landlord) | Reduced rent to fund SARE interest-only payments at 6201 Robinson; assumed paid on/near the 1st (Feb–Apr). | $4,500 | $0 | $0 | $0 | $4,500 | $0 | $0 | $0 | $0 | $4,500 | $0 | $0 | $0 | $13,500 | $1,038 |
| Insurance | Paid at beginning of each month (Feb–Apr). | $918 | $0 | $0 | $0 | $918 | $0 | $0 | $0 | $0 | $918 | $0 | $0 | $0 | $2,754 | $212 |
| Utilities | Paid around the 20th of each month (Feb–Apr). | $0 | $0 | $0 | $3,203 | $0 | $0 | $0 | $3,203 | $0 | $0 | $0 | $0 | $3,203 | $9,609 | $739 |
| Inventory / COGS / Materials | Modeled as % of receipts based on 2025 COGS/Income ratio. | $5,804 | $5,875 | $5,947 | $6,020 | $6,094 | $6,169 | $6,244 | $6,321 | $6,399 | $6,477 | $6,557 | $6,637 | $6,719 | $81,262 | $6,251 |
| Merchant & Credit Card Fees | Modeled as % of receipts based on 2025 credit card fees/Income ratio. | $757 | $766 | $776 | $785 | $795 | $805 | $815 | $825 | $835 | $845 | $855 | $866 | $876 | $10,601 | $815 |
| Professional Fees | Includes projected Ch. 11 professional fees in addition to baseline. | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $1,730 | $22,492 | $1,730 |
| Repairs & Maintenance | Weekly average based on 2025 P&L. | $123 | $123 | $123 | $123 | $123 | $123 | $123 | $123 | $123 | $123 | $123 | $123 | $123 | $1,599 | $123 |
| Advertising & Promotion | Weekly average based on 2025 P&L. | $229 | $229 | $229 | $229 | $229 | $229 | $229 | $229 | $229 | $229 | $229 | $229 | $229 | $2,981 | $229 |
| Security | Weekly average based on 2025 P&L. | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $1,363 | $105 |
| IT / Internet / Phone | Weekly average based on 2025 P&L (computer/internet + telephone + web hosting). | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $3,439 | $265 |
| Sales Tax Payment | Paid on the 25th of each month; scaled with 5% MoM revenue growth. | $0 | $0 | $0 | $0 | $3,864 | $0 | $0 | $0 | $4,057 | $0 | $0 | $0 | $4,260 | $12,180 | $937 |
| Interest / Debt Service | Linked to Inputs (weekly) for any non-WF debt service; set to $0 if none. | $163 | $163 | $163 | $163 | $163 | $163 | $163 | $163 | $163 | $163 | $163 | $163 | $163 | $2,115 | $163 |
| Other Operating Expenses | All other operating expenses not separately | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | 434.84 | | |
| Property Tax Reserve (Transfer) | Weekly transfer to reserve account to accum | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | 923.08 | | |
| Subchapter V Trustee Fees | Estimated Subchapter V trustee fees; allocated across 13 weeks (total $5,000). | $385 | $385 | $385 | $385 | $385 | $385 | $385 | $385 | $385 | $385 | $385 | $385 | $385 | $5,000 | $385 |
| Owner Compensation | Owner compensation/draw at $1,500 per week. | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $19,500 | $1,500 |
| Total Cash Disbursements | Calculated | 20852.92 | 15515.33 | 15596.83 | 18882.33 | 25044.64 | 15847.4 | 15932.97 | 19222.6 | 20164.17 | 21614.18 | 16285.93 | 16376.89 | 23931.57 | | |