U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
3/12/2026
Hon. Dale L. Somers, Presiding

01:30 PM

_____

Case Information:
      26-20160 Custombilt Firearms Manufacturing LLC   Chapter: 11

Judge: DLS    Filed: 02/06/2026     Pln Confirmed:

_____

Appearances (via Webex):
      **X** Ryan Michael Graham representing Custombilt Firearms Manufacturing LLC
(Debtor)
      **X** Robbin L Messerli (Trustee)
      **X** Richard A Kear representing U.S. Trustee

_____

Issue(s):
      [9]  Expedited Motion to Use Cash Collateral.  Filed on behalf of Debtor Custombilt
Firearms Manufacturing LLC, with Certificate of Service.
            [20] Objection by U.S. Trustee

**[31] Interim Order (i) Authorizing Use of Cash Collater; (ii) Granting Adequate
Protection; and (iii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule
4001(b)**

      [18]  Application to Employ Lawyers and Staff of WM Law as Counsel for the
Debtor as Lawyers  Filed on behalf of Debtor Custombilt Firearms Manufacturing LLC,
with Certificate of Service.
            [37] Objection by U.S. Trustee

**Informational only:**
**Subchapter V Status Conference set  4/7/2026 at 1:30**
(set on Topeka docket to meet the 60-day requirement)

_____

Courtroom Deputy: Jessica Diaz/Beth Cromwell
ECRO Reporter:  Dana Colombo

Notes/Decision: **26-20160 and 26-20161 called together.**

**[9] in 26-20160 and [8] in 26-20161 regarding the cash collateral motions, Mr. Kear advises that the U.S. Trustee's issues were resolved in the interim order and by the amended budget and that final orders can be circulated in both cases.**

**Regarding [18] in 26-20160 and objection by U.S. Trustee, Mr. Graham will be amending the affidavit and disclosures.  The Court overrules the U.S. Trustee's objection without prejudice, noting that there is some potential for a conflict but right now the Court does not think there is a great risk but states that counsel should be hypervigilant with an eye toward any possible conflict.**

_____

Courtroom Deputy: Jessica Diaz/Beth Cromwell
ECRO Reporter:  Dana Colombo