| | | | |
|---|---|---|---|
| In re: | CUSTOMBILT FIREARMS MANUFACTURING LLC, | ) ) | Case No. 26-20160-dls11 |
| | | ) | Chapter 11 (Voluntary), |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |

## AMENDED AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

| | |
|---|---|
| State of Kansas | ) |
| | ) ss. |
| County of Johnson | ) |

I, Jeffrey L. Wagoner, under oath and penalty of perjury hereby state the following:

1. I am an attorney and the President of the law firm, Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Ryan M. Graham and Ryan A. Blay, as well as myself and other attorneys (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United Stated Bankruptcy Court for the District of Kansas.

2. I submit this Amended Affidavit in support of W M Law's Application for Employment as counsel for Custombilt Firearms Manufacturing, LLC ("Custombilt"), the debtor and debtor-in-possession in Case No. 26-20160. This Amended Affidavit supplements the original affidavit to provide additional disclosure concerning W M Law's representation of affiliated debtor 6201 Robinson Street, LLC ("6201 Robinson"), and the source and timing of payments made to W M Law.

3. In preparing this Amended Affidavit, I reviewed the Debtors' client records, business records, payment records, and financial information, and I made inquiry of the Debtors and their principals. Except as expressly disclosed in this Amended Affidavit, to the best of my knowledge W M Law has no other connection with Custombilt, 6201 Robinson, their creditors, parties in interest, their respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee.

4. W M Law represents both Custombilt and 6201 Robinson in their pending Chapter 11 cases. 6201 Robinson is the owner of the real property from which Custombilt operates its business, and Custombilt is the tenant under that arrangement. As reflected in the schedules, Custombilt and 6201 Robinson are technically creditors of one another by reason of the landlord-tenant and intercompany relationship, including accrued prepetition obligations. Based on W M Law's present knowledge,

however, there is no actual controversy between the two debtors regarding the existence of the lease relationship or the need for Custombilt to continue operating from the Robinson Street property. Custombilt and 6201 Robinson are owned entirely by James and Ronda Anderson. Their interests are presently aligned in preserving operations, maintaining occupancy, and maximizing value for both estates through reorganization. W M Law does not presently represent either debtor in asserting a contested claim or cause of action against the other. If an actual dispute later arises between the estates that creates an actual conflict, W M Law will promptly disclose that development and seek appropriate relief, including, if necessary, conflicts counsel or other instructions from the Court.

5.      W M Law is not a creditor, an equity security holder or an insider of Debtor, and is not and was not a director, officer, or employee of the Debtor. W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

6.      W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

7.      The Debtor has requested, and W M Law has agreed, to engage in the representation of the Debtor in this proceeding at hourly fees which commensurate their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan M. Graham | $350.00 |
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $350.00 |
| Attorney, Errin Stowell | $350.00 |
| Attorney, Chelsea S, Williamson | $350.00 |
| Attorney, Megan M. Tiede | $350.00 |
| Attorney, Bryan P. Cardwell | $350.00 |
| Attorney, Luke T. Trusdale | $350.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

8.      The source and timing of payments to W M Law are as follows. All three payments were made by check drawn on Custombilt's operating account maintained in the name of The Bullet Hole/Custombilt at Community America Credit Union. Specifically: (a) check no. 4410 dated June 24,

2025, in the amount of $10,000.00, deposited into W M Law's client trust account on June 25, 2025; (b) check no. 4541 dated December 4, 2025, in the amount of $8,476.00, deposited into W M Law's client trust account on December 10, 2025; and (c) check no. 4585 dated January 24, 2026, in the amount of $5,000.00, deposited into W M Law's client trust account on January 27, 2026. The total amount paid to W M Law from Custombilt's operating account was $23,476.00.

9.      The foregoing payments were not made by James Anderson individually. To the extent any prior filing suggested that the retainer or prepetition payments were made by an owner personally, that statement was inaccurate. The payments were made by the operating company, Custombilt, from its operating account, and this Amended Affidavit is intended to correct and supplement that disclosure.

10.      In addition, although unascertainable at this time after due inquiry, by virtue of the magnitude of the Debtors' potential universe of creditors and W M Law's clients, W M Law may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtor in matters entirely unrelated to the Debtor and any estate(s). W M Law does not and will not represent any such entity in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or the estate(s). I believe that W M Law's representation of such entities in matters entirely unrelated to the Debtor is not adverse to the Debtor's interests, or the interests of any creditors or estates in respect of the matters for which W M Law will be engaged, nor will such services impair W M Law's ability to represent the Debtor in the ordinary course of this Chapter 11 Case.

11.      In light of the foregoing, I believe that W M Law Firm does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

12.      Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Kansas, and orders of this Court.

13.      W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

14.      This Amended Affidavit constitutes W M Law's supplemental statement pursuant to 11 U.S.C. §§ 327, 329, and 504, and Fed. R. Bankr. P. 2014 and 2016(b), to the extent applicable. W M Law will promptly supplement these disclosures if additional material information is discovered.

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: March 24, 2026

Jeffrey L. Wagoner, KS #17489
Attorney at Law & President
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
JeffWagoner@wagonergroup.com

Sworn to before on me this ___24rd___ day of March 2026.

NOTARY PUBLIC - State of Kansas
Douglas John-Edward Sisson
My Appt. Expires 2/25/2030

My commission expires: 2/25/2030

Douglas John-Edward Sisson, Notary Public