**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In Re:

**Custombilt Firearms Manufacturing LLC**

Debtor(s)          Case No. 26-20160-11

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
**REGARDING PLAN CONFIRMATION IN A CHAPTER 11**
**SUBCHAPTER V CASE AND DIRECTING NOTICE**

Notice is hereby given that the Debtor(s) has filed a chapter 11 plan, dated May 7, 2026.

1. June 12, 2026, is fixed as the date by which the holders of claims and interests may accept or reject the plan. Ballots shall be served on counsel for the plan proponent at the address listed on the ballot and must be received by 4:00 p.m. on that date to be counted.

2. February 6, 2026, is fixed as the date by which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan.

3. June 12, 2026, is fixed as the date for filing objections to the plan. Objections must be filed with the Clerk of the Bankruptcy Court, 500 State Avenue, Room 161, Kansas City, Kansas 66101, and served in accordance with Federal Rule of Bankruptcy Procedure 3020(b)(1).

4. A hearing on confirmation of the plan will be held on July 16 at 1:30 PM, U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas, at which time Debtor(s) or its representative shall appear.

5. By May 15, 2026, Debtor's counsel shall mail to all parties in interest, or parties required to receive notice by the Code, a copy of this notice, the plan and appropriate forms for acceptance or rejection of the plan. Upon service, a certificate of service shall be filed with the Clerk of the Bankruptcy Court.

6. By July 13, 2026, Debtor's counsel shall file a ballot summary.

Dated: May 8, 2026

s/Dale L. Somers
DALE L. SOMERS
CHIEF JUDGE, U. S. BANKRUPTCY COURT