**Form odefo**  (Revised 06/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20160                                    Chapter:  11

In re:

Custombilt Firearms Manufacturing LLC

6201 Robinson Street
Overland Park, KS 66202

EIN: 81–1057098

|  |
| --- |
| **Filed and Entered By The Court** |
| **7/21/26** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

### ORDER TO CORRECT DEFECTIVE DOCUMENT(S)

The following document was filed in this matter and is defective for the following reason(s):

*Doc. 75* – Notice of Objection Deadline. Proposed Hearing to be held 8/26/2026 at 11:15 AM. Certificate of Service on 7/21/2026. Filed by Ryan Michael Graham on behalf of Custombilt Firearms Manufacturing LLC (RE: related document(s)74 Second Motion to Extend Time to to Assume or Reject Leases to 11/30/2026 Filed on behalf of Debtor Custombilt Firearms Manufacturing LLC, with Certificate of Service.) Objections due by 8/12/2026. (Graham, Ryan)

### The Notice includes the incorrect hearing date and time. The Notice includes the Topeka hearing date and time, instead of Kansas City's date and time.

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 76 – 75

s/  Dale L Somers
Judge, United States Bankruptcy Court