**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

**IN RE: Custombilt Firearms Manufacturing LLC** **CASE NO. 26-20160**

**Debtor** **CHAPTER 11**

# NOTICE OF WITHDRAWAL OF FORMER SUBCHAPTER V TRUSTEE'S MOTION TO COMPEL PAYMENT OF COURT-APPROVED FEES AND EXPENSES

Robbin L. Messerli, former Subchapter V Trustee in this case ("Movant"), hereby withdraws the Motion of Former Subchapter V Trustee to Compel Payment of Court-Approved Fees and Expenses filed on October 5, 2026 at Docket No. 119 (the "Motion").

Movant has received payment in full of the $1,590.00 in compensation and expenses allowed by the Court's September 1, 2026 Order at Docket No. 111. The allowed fees and expenses have been fully satisfied, and the relief requested in the Motion is therefore moot.

Movant requests that the Motion be removed from consideration and that any hearing scheduled solely on the Motion be canceled.

Dated: October 23, 2026

Respectfully submitted,

/s/ Robbin L. Messerli
Robbin L. Messerli
Former Subchapter V Trustee
P.O. Box 8686
Prairie Village, KS 66208
913-948-4235
rob.messerli@gunrockvp.com

## CERTIFICATE OF SERVICE

I certify that on October 23, 2026, I filed the foregoing Notice of Withdrawal with the Clerk of the Court using CM/ECF, which transmitted notice of the filing to registered electronic recipients in this case.

I further certify that on October 23, 2026, I served a true and correct copy of the Notice by first-class United States mail, postage prepaid, on the following recipients:

Custombilt Firearms
Manufacturing LLC
6201 Robinson Street
Overland Park, KS 66202-3056

6201 Robinson Street LLC
6201 Robinson Street
Overland Park, KS 66202-3056

Bernie Juarez
Wells Fargo Corporate
4101 Wiseman Blvd., Bldg. 108
San Antonio, TX 78251-4200

FedEx Freight
Dept. CH
P.O. Box 10306
Palatine, IL 60055-0306

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kansas Department of Revenue
P.O. Box 12005
Topeka, KS 66612-2005

Kansas Gas Service
P.O. Box 3535
Topeka, KS 66601-3535

Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105-0475

Wells Fargo Bank NA
P.O. Box 94435
Albuquerque, NM 87199-4435

Wells Fargo Bank NA
c/o Bernie Juarez
4101 Wiseman Blvd.
Bldg. 205, Floor 2
San Antonio, TX 78251-4200

Ryan A. Blay
WM Law
15095 W. 116th St.
Olathe, KS 66062-1098

Ryan Michael Graham
WM Law
15095 West 116th Street
Olathe, KS 66062-1098

/s/ Robbin L. Messerli
Robbin L. Messerli